UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   No. 2:24-CV-00166-DCLC-CRW |
| $434,117.83 IN U.S. CURRENCY SEIZED FROM JP MORGAN CHASE ACCOUNT 926026961 et al., | ) ) ) ) |
|     Defendants. | ) ) |

**JUDGMENT ORDER**

This matter is before the Court on United States Magistrate Judge Cynthia R. Wyrick's Report and Recommendation [Doc. 24]. Magistrate Judge Wyrick recommends the Court grant the United States's Motion for Default Judgment and Final Order of Forfeiture [Doc. 14] and award the forfeiture of all Defendants in rem to the United States. [R. & R. at 8]. None of the parties has timely objected to Magistrate Judge Wyrick's report and recommendation. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

Having carefully reviewed the record, the Court agrees with Magistrate Judge Wyrick's recommendation. The Court therefore **ACCEPTS IN WHOLE** the report and recommendation under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). For the reasons in the report and recommendation, which the Court adopts and incorporates into this Judgment Order, it is hereby **ORDERED** and **ADJUDGED**:

1. The United States's Motion for Default Judgment and Final Order of Forfeiture [Doc. 14] is **GRANTED**, and

2. All Defendants in rem, as described in the report and recommendation, are hereby **FORFEITED** to the United States of America, and all right, title and interest in and to these Defendants in rem are hereby **VESTED** in the United States of America, pursuant to 21 U.S.C. § 881(h).

**SO ORDERED:**

s/Clifton L. Corker<br>
United States District Judge

ENTERED AS A JUDGMENT:

s/ *LeAnna R. Wilson*
District Court Clerk